880

No. 361. Lustman v. United States. C. A. 2d Cir. Certiorari denied. *Gustave B. Garfield* for petitioner. *Solicitor General Rankin* for the United States.

No. 360. Joines v. United States. C. A. 3d Cir. Certiorari denied. *Judson E. Ruch* and *R. Palmer Ingram* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 368. Tenore et al., doing business as Rico Sales Co., v. American & Foreign Insurance Co. of New York et al. C. A. 7th Cir. Certiorari denied. *Anna R. Lavin* for petitioners. *Donald N. Clausen, Herbert W. Hirsh* and *John P. Gorman* for respondents.

No. 369. R. H. Macy & Co., Inc., et al. v. United States. C. A. 2d Cir. Certiorari denied. *Roswell Magill* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Melva M. Graney* and *Grant W. Wiprud* for the United States.

No. 370. Holland v. Holland. Supreme Court of Florida. Certiorari denied. *Louis Nizer* for petitioner. *William Gresham Ward* for respondent.

No. 373. Cameron Iron Works, Inc., v. Lodge No. 12, District No. 37, International Association of Machinists. C. A. 5th Cir. Certiorari denied. *John Leroy Jeffers* for petitioner. *Plato E. Papps* and *Chris Dixie* for respondent.